WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-528—

BRINK'S SECURITY SERVICE, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE SECRETARY OF STATE, Respondent.

*Opinion filed February 4, 1975.*

BRINK'S SECURITY SERVICE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-542—

ASSOCIATION FOR EDUCATIONAL COMMUNICATIONS & TECHNOLOGY, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed February 4, 1975.*

ASSOCIATION FOR EDUCATIONAL COMMUNICATIONS & TECHNOLOGY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.